UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NICOLE M. MORRISON<br>　　　　Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　　　　Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| NICOLE M. MORRISON<br>　　　　Respondent(s) | :<br>: CASE NO.　1-19-bk-01741 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

　　　　AND NOW, this   13th   day of June, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

　　　1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

　　　　　a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.

　　　　WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　　　　a. Deny confirmation of debtor(s) plan.
　　　　　b. Dismiss or convert debtor(s) case.
　　　　　c. Provide such other relief as is equitable and just.

　　　　　　　　　　　Respectfully submitted:


　　　　　　　　　　　/s/Charles J. DeHart, III
　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　(717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 17th day of June, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Turner, Esquire
915 N. Mountain Road, Suite D
Harrisburg, PA 17112

    /s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee