IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

NICOLE M. MORRISON : CHAPTER 13
: CASE No. 1:19-BK-01741
Debtor(s) :
:

## DEBTOR(S) AFFIDAVIT OF DISBURSEMENT OF TRUSTEE FUNDS UPON DISMISSAL AND/OR CONVERSION OF CASE PRIOR TO CONFIRMATION

If my(our) case is dismissed and/or converted to a Chapter 7 prior to confirmation, I (We), Nicole M. Morrison, the Debtor(s) in the above-captioned case, hereby assign to our attorney, James H. Turner, Esquire, the funds held in trust by the Standing Chapter 13 Trustee, Charles J. DeHart, III, pursuant to the Chapter 13 Plan and hereby authorize the said Trustee to pay all of said funds to James H. Turner, Esquire, for purposes of attorney compensation with the balance, if any, to be forwarded by our attorney to us.

_____
Date

_____
Debtor