```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 19-01741-HWV
Nicole M Morrison                                                Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh               Page 1 of 1         Date Rcvd: Jun 19, 2019
                             Form ID: ntcnfhrg           Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db              +Nicole M Morrison,     1400 Lakeside Drive,    Middletown, PA 17057-3597
cr              +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC 29603-0826
5189860         +Barclay's Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
5189862         +Fedloan Servicing,     PO Box 69184,    Harrisburg, PA 17106-9184
5189864         +Penn State Hershey Medical,    c/o Bureau of Account Mgmt,     3607 Rosemont Ave, Ste 502,
                  Camp Hill, PA 17011-6943
5189865          Pinnacle Health Hospitals,    c/o Arcadia Recovery Bureau,     PO Box 70256,
                  Philadelphia, PA 19176-0256
5189866          Shellpoint,    PO Box 740039,    Cincinnati, OH 45274-0039
5193819         +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                  Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 20:25:59
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5189861         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2019 19:57:43
                  Commenity Capital Bank/BOSC,     PO Box 182120,    Columbus, OH 43218-2120
5189863          E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:12      Lowes,    PO Box 960010,
                  Orlando, FL 32896-0010
5193919          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 19:57:55
                  Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa. 17128-0946
5190942         +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:59      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com
              James H Turner    on behalf of Debtor 1 Nicole M Morrison pat@turnerandoconnell.com
              Michael Joshua Shavel    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               mshavel@hillwallack.com, lcampbell@hillwallack.com;mosbeck@hillwallack.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicole M Morrison,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–01741–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 24, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 19, 2019 |

ntcnfhrg (03/18)