IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| NICOLE MORRISON | : CASE NO. 1:19-01741 |
| | : |
| | : CHAPTER 13 |

## CHANGE OF ADDRESS

Please change the mailing address for **Nicole Morrison** to the following:

    111 Nissley Drive
    Middletown, PA 17057

                              /s/ James H. Turner, Esquire
                              James H. Turner
Date: 9/11/19                     Turner and O'Connell
                              915 N Mountain Road, Suite D
                              Harrisburg, PA 17112