```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01741-HWV
Nicole M Morrison                                                   Chapter 13
    Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CourtneyW           Page 1 of 2           Date Rcvd: Oct 10, 2019
                              Form ID: ordsmiss         Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db             +Nicole M Morrison,    111 Nissley Drive,    Middletown, PA 17057-3331
5189862        +Fedloan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
5218510        +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,   Greenville, SC 29603-0826
5189864        +Penn State Hershey Medical,    c/o Bureau of Account Mgmt,    3607 Rosemont Ave, Ste 502,
                 Camp Hill, PA 17011-6943
5189865         Pinnacle Health Hospitals,    c/o Arcadia Recovery Bureau,    PO Box 70256,
                 Philadelphia, PA 19176-0256
5189866         Shellpoint,    PO Box 740039,   Cincinnati, OH 45274-0039
5215620         U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
5193819        +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Oct 10 2019 23:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5213835         EDI: RESURGENT.COM Oct 10 2019 23:18:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5213835         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 19:43:20
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5189860        +EDI: TSYS2.COM Oct 10 2019 23:18:00      Barclay's Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
5189861        +EDI: WFNNB.COM Oct 10 2019 23:18:00      Commenity Capital Bank/BOSC,    PO Box 182120,
                 Columbus, OH 43218-2120
5189863         EDI: RMSC.COM Oct 10 2019 23:18:00      Lowes,    PO Box 960010,   Orlando, FL 32896-0010
5218808         EDI: PRA.COM Oct 10 2019 23:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5193919         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 19:29:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
5214899         EDI: Q3G.COM Oct 10 2019 23:18:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
5190942        +EDI: RMSC.COM Oct 10 2019 23:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5213733         EDI: AIS.COM Oct 10 2019 23:18:00      Verizon,    by American InfoSource as agent,   PO Box 4457,
                 Houston, TX   77210-4457
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com
              James H Turner    on behalf of Debtor 1 Nicole M Morrison pat@turnerandoconnell.com
              Michael Joshua Shavel    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               mshavel@hillwallack.com, lcampbell@hillwallack.com;jrydzewski@HillWallack.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicole M Morrison,             Chapter     13

   **Debtor 1**

                     Case No.     1:19–bk–01741–HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 10, 2019                      By the Court,

                                                Honorable Henry W. Van Eck
                                                United States Bankruptcy Judge
                                                By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)